**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6309**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

CHARLES EMANUEL RASH, a/k/a Chaz, a/k/a Charlie,

Defendant - Appellant.

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg. John Preston Bailey, Chief District Judge. (3:01-cr-00025-JPB-DJJ-1)

Submitted: August 26, 2010         Decided: September 3, 2010

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Charles Emanuel Rash, Appellant Pro Se. Thomas Oliver Mucklow, Assistant United States Attorney, Martinsburg, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Emanuel Rash appeals the district court's orders denying his "Motion for Judicial Recommendation Regarding Designation for Service of Federal Sentence" and subsequent motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Rash</u>, No. 3:01-cr-00025-JPB-DJJ-1 (N.D. W. Va. Jan. 28 & Feb. 16, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>